NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC., AND KBI-E INC.,**
*Plaintiffs-Appellants,*

v.

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellee.*

---

2011-1506

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0453, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

**ORDER**

Astrazeneca LP, Aktiebolaget Draco, KBI Inc., and KBI-E Inc. move for a 14-day extension of time, until October 14, 2011, to file their principal brief. Mylan Pharmaceuticals, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 1 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: George F. Pappas, Esq.
    Nicole W. Stafford, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 2 1 2011**

**JAN HORBALY**
**CLERK**